# BLANKROME

1271 Avenue of the Americas
New York, NY 10020

Phone:    +1 (212) 885-5356
Email:    michael.silberfarb@blankrome.com

---

Application granted. The conference previously scheduled for December 12, 2025 is hereby adjourned until January 16, 2026 at 1:30 p.m.

SO ORDERED.

_____
Hon. Ronnie Abrams
November 24, 2025

---

November 21, 2025

*Via Court Filing*

The Honorable Ronnie Abrams
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    ***Dominique Cavalier, et al. v. DeepIntent Technologies, Inc.*,**
                **Case No. 1:25-CV-08949 (SDNY) – Request for Extension of Time**

Dear Judge Abrams:

    This firm is counsel to Defendant DeepIntent Technologies, Inc. ("DeepIntent") in the above captioned matter. Pursuant to Local Rule 7.1(e), DeepIntent submits this letter motion to respectfully request a 60-day extension of time, until January 12, 2026, for DeepIntent to file its response to Plaintiff's Complaint. Good cause exists to grant the extension so as to afford DeepIntent time to evaluate and respond to a Complaint that includes allegations and claims regarding a variety of complex technologies. The requested extension will not prejudice any parties because the case is in its early stages, and because DeepIntent has conferred with counsel for Plaintiffs on this request, and Plaintiffs have consented to the extension.

    In addition, in its October 30, 2025 Order and Notice of Initial Conference (ECF No. 5), the Court ordered the parties to submit a joint letter and a proposed case management plan and scheduling order by December 12, 2025, and scheduled an initial status conference for December 19, 2025 at 4:00 p.m. DeepIntent respectfully requests that the deadline for the submissions currently due on December 12, 2025, and the conference scheduled for December 19, 2025, be adjourned until after DeepIntent has filed its response to the Complaint. DeepIntent has conferred with Plaintiffs' counsel regarding this adjournment request, and Plaintiffs' do not oppose the adjournment.

                Respectfully yours,

                Michael D. Silberfarb

cc:    All counsel of record