**IsraelDavid**LLC

T 212.350.8850

W davidllc.com

60 Broad Street, Suite 2900
New York, NY 10004

**BY ECF**

December 24, 2025

Hon. Ronnie Abrams, United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Application granted. The conference previously scheduled for January 16, 2026 is hereby adjourned until January 23, 2026 at 11:15 a.m.

SO ORDERED.

_____

Hon. Ronnie Abrams
December 29, 2025

Re:  *Cavalier, et al. v. DeepIntent Technologies, Inc.*, Case No. 1:25-cv-08949 (S.D.N.Y.)

Dear Judge Abrams:

We are co-counsel for Plaintiffs in the above-captioned action.  We write pursuant to Paragraph 1(D) of Your Honor's Individual Rules & Practices in Civil Cases to respectfully request a short adjournment of the initial conference.

On November 24, 2025, the Court issued an order granting Defendant's request for an extension of time to respond to the Complaint and a corresponding adjournment of the initial conference.  *See* ECF No. 9 (the "Order").  Pursuant to the Order, the initial conference, which was originally scheduled for December 12, 2025, was adjourned to January 16, 2026 at 1:30 p.m. *Id.*  On December 19, 2025, the Court issued an amended order further adjourning the initial conference to January 16, 2026 at 4:30 p.m.  *See* ECF No. 10.

Given the rescheduled time, I would be unable to attend the conference due to observance of Shabbat.  In order to allow me to participate in the conference, I respectfully request a short adjournment of the initial conference to a later date that is convenient for the Court.

This is Plaintiffs' first request for an adjournment of the initial conference and the second request for an adjournment of the initial conference overall (*see* ECF No. 8).  Plaintiffs have conferred with Defendant's counsel regarding this adjournment request, and Defendant does not oppose the adjournment.

We thank the Court for its consideration of this request.

Respectfully submitted,

*s/ Adam M. Harris*
Adam M. Harris
ISRAEL DAVID LLC
60 Broad Street, Suite 2900
New York, NY 10004
Telephone: (212) 350-8852
adam.harris@davidllc.com

*Co-counsel for Plaintiffs Dominique Cavalier, Nina Harris, and Gerald Harris*

cc: Counsel of record (via ECF)

2