UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOMINIQUE CAVALIER, NINA HARRIS, and
GERALD HARRIS, individually and on behalf of
all those similarly situated,

                       Plaintiffs,

                  v.

DEEPINTENT TECHNOLOGIES, INC.,

                    Defendant.

25-CV-8949 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

     Due to a scheduling conflict, the initial pre-trial conference previously scheduled for March 20, 2026 at 10:00 a.m. is hereby adjourned to April 3, 2026 at 4:00 p.m.

SO ORDERED.

Dated:       March 18, 2026
             New York, New York

_____
Ronnie Abrams
United States District Judge