**IsraelDavidLLC**

T 212.350.8850

W davidllc.com

60 Broad Street, Suite 2900
New York, NY 10004

March 25, 2026

**BY ECF**

Application granted. The conference previously scheduled for April 3, 2026 is hereby adjourned to April 10, 2026 at 11:00 a.m.

SO ORDERED.

Hon. Ronnie Abrams, United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Hon. Ronnie Abrams
March 27, 2026

Re: *Cavalier, et al. v. DeepIntent Technologies, Inc.*, Case No. 1:25-cv-08949 (S.D.N.Y.)

Dear Judge Abrams:

We are co-counsel for Plaintiffs in the above-captioned action. We write pursuant to Paragraph 1(D) of Your Honor's Individual Rules & Practices in Civil Cases to respectfully request an adjournment of the initial conference and the corresponding deadline to submit a joint letter and proposed Civil Case Management Plan and Scheduling Order.

On March 18, 2026, the Court issued an order adjourning the initial conference to April 3, 2026 at 4:00 p.m. *See* ECF No. 26. I will be unable to attend the initial conference on April 3, 2026 due to observance of Passover. Accordingly, Plaintiffs respectfully request an adjournment of the initial conference to a later date that is convenient for the Court, as well as an extension of the deadline to submit a joint letter and proposed Civil Case Management Plan and Scheduling Order to one week prior to such adjourned conference.

This is Plaintiffs' third request for an adjournment of the initial conference and the fourth request for an adjournment of the initial conference overall. Defendant previously requested an adjournment of the initial conference in connection with Defendant's request for an extension of time to respond to Plaintiffs' original Complaint. *See* ECF No. 8. Plaintiffs previously requested adjournments for a religious observance (*see* ECF No. 11) and to accommodate the filing of Plaintiffs' Amended Complaint and anticipated motion to dismiss briefing (*see* ECF No. 18).

Plaintiffs have conferred with Defendant's counsel regarding this adjournment request, and Defendant does not oppose the adjournment.

We thank the Court for its consideration of this request.

<div style="margin-left:50%">

Respectfully submitted,

*s/ Adam M. Harris*
Adam M. Harris
ISRAEL DAVID LLC
60 Broad Street, Suite 2900
New York, NY 10004
Telephone: (212) 350-8852
adam.harris@davidllc.com

*Co-counsel for Plaintiffs Nina Harris and Gerald Harris*

</div>

cc: Counsel of record (via ECF)