

**T** 212.350.8850

**W** davidllc.com

60 Broad Street, Suite 2900
New York, NY 10004

March 19, 2026

**<u>BY ECF</u>**

Hon. Ronnie Abrams, United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *Cavalier v. DeepIntent Technologies, Inc.*, Case No. 1:25-cv-08949 (S.D.N.Y.)[1]

Dear Judge Abrams:

I write on behalf of Plaintiffs in the above-captioned matter pursuant to Section 5.A of Your Honor's Individual Rules of Practice in Civil Cases ("Individual Rules") to respectfully seek leave to file Plaintiffs' Amended Class Action Complaint ("Amended Complaint") in redacted form on ECF.  Specifically, Plaintiffs seek to redact one sentence in the Amended Complaint that discusses the search inquiries Plaintiffs ran on certain health-related websites that Plaintiffs allege utilized Defendant's tracking technologies, which would reveal information concerning Plaintiffs' personal medical conditions.

It is well-established that a court can seal documents where the presumption in favor of public access is outweighed by other factors, including "the privacy interests of those resisting disclosure." *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006).

That is the case here.  Plaintiffs' proposed redaction to the Amended Complaint is narrowly tailored and necessary to preserve Plaintiffs' privacy.  As this Court has recognized, Plaintiffs have a "legitimate privacy interest in [their] personal medical information, and . . . courts have previously permitted plaintiffs to redact such information from their complaints." *See Doe v. Hirect One, Inc.*, 2022 WL 3903597, at *3 (S.D.N.Y. Aug. 30, 2022) (Abrams, J.) (permitting plaintiff to file redacted version of complaint to redact "the details of his sensitive medical information").

---

[1] Because Dominique Cavalier was the first of three named plaintiffs included in the original complaint (*see* ECF No. 1), this case was originally filed under the caption *Cavalier, et al. v. DeepIntent Technologies, Inc.*  However, Dominique Cavalier is no longer included as a plaintiff in the Amended Complaint.  Accordingly, Plaintiffs intend to promptly file a motion to amend the case name to reflect this change.

In accordance with Section 5(A)(iii)(a) of the Individual Rules, the parties have conferred, and Defendant consents to Plaintiffs' proposed redaction and the filing of the unredacted Amended Complaint under seal.

Therefore, Plaintiffs respectfully request that the Court grant leave to file the unredacted Amended Complaint under seal, a copy of which has been submitted to the Court via ECF.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Adam M. Harris
Adam M. Harris
ISRAEL DAVID LLC
60 Broad Street, Suite 2900
New York, NY 10004
Telephone: (212) 350-8852
adam.harris@davidllc.com

*Co-counsel for Plaintiffs Nina Harris and Gerald Harris*

cc: Counsel of record (via ECF)

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
April 6, 2026

2