UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NINA HARRIS, and GERALD HARRIS, individually and on behalf of all those similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEEPINTENT TECHNOLOGIES, INC.,<br><br>    Defendant. | 25-CV-8949 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

Defendant moved to dismiss Plaintiff's Complaint on January 12, 2026. *See* Dkt. No. 13. Plaintiffs' filing of the First Amended Complaint, Dkt. Nos. 28–29, renders moot the original motion to dismiss and it is therefore denied as such. The Clerk of Court is hereby ordered to terminate the motion pending at Dkt. No. 13.

SO ORDERED.

Dated:    April 24, 2026
          New York, New York

_____
Ronnie Abrams
United States District Judge