**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NINA HARRIS and GERALD HARRIS, individually and on behalf of those similarly situated,

*Plaintiffs,*

v.

DEEPINTENT TECHNOLOGIES, INC.,

*Defendant.*

Civil Action No. 1:25-cv-08949

**NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that Defendant DeepIntent Technologies, Inc., by and through its undersigned counsel and in conjunction with the accompanying Memorandum of Law, Declaration of Michael D. Silberfarb, and attached exhibits, will move this Court for an Order dismissing this action pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim and 12(b)(1) for lack of subject matter jurisdiction, and for such other and further relief as the Court may deem just and proper.

Date: May 18, 2026

Respectfully submitted,

**BLANK ROME LLP**
By: *<u>/s/ Michael D. Silberfarb</u>*
Michael D. Silberfarb: MS-9678
1271 Avenue of the Americas
New York, NY 10020
Phone: 212-885-5356
Email: Michael.Silberfarb@BlankRome.com

*Counsel for Defendant*