**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NINA HARRIS and GERALD HARRIS, individually and on behalf of those similarly situated,<br><br>*Plaintiffs,*<br>v.<br><br>DEEPINTENT TECHNOLOGIES, INC.,<br><br>*Defendant.* | Civil Action No. 1:25-cv-08949<br><br>**DECLARATION OF MICHAEL D. SILBERFARB** |

I, Michael D. Silberfarb, hereby declare as follows:

1. I am an attorney employed by Blank Rome LLP and represent Defendant DeepIntent Technologies, Inc. ("DeepIntent") in this action.

2. I have reviewed the legislative history of the California Invasion of Privacy Act, California Penal Code §§ 630, *et seq*., and attach true and correct copies of such relevant legislative history hereto as Exhibits A through G.

I declare under penalty of perjury that that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: May 18, 2026

Respectfully submitted,

**BLANK ROME LLP**
By: *<u>/s/ Michael D. Silberfarb</u>*
Michael D. Silberfarb: MS-9678
1271 Avenue of the Americas
New York, NY 10020
Phone: 212-885-5356
Email: Michael.Silberfarb@BlankRome.com

*Counsel for Defendant*